# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| IN RE: | CHAPTER 13 |
|---|---|
| Sheila Muhammad | CASE NO.: 23-10334-mdc |
| Debtors | |

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY PROVISIONS OF 11 U.S.C. § 362(A) AND CO-DEBTOR STAY PROVISION OF 11 U.S.C. § 1301 AND PROSPECTIVE IN REM STAY RELIEF PURSUANT TO 11 U.S.C. §362(d)(4) AND RESOLVING OBJECTION TO MOTION TO EXTEND AUTOMATIC STAY**

AND NOW, this __10th__ day of __July__, 2023, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**BY THE COURT:**

_____
**Magdeline D. Coleman**
**United States Chief Bankruptcy Judge**

Case Administrator to mail:

Cc:   Kenneth E. West, Chapter 13 Trustee
      Debtor: 7109 Phoebe Place, Philadelphia, PA 19153
      Counsel for Debtor: Michael D. Sayles, Esquire,
      Counsel for Movant: Angela C. Pattison, Esquire