

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

September 21, 2023

Clerk of U.S. Bankruptcy Court
Eastern District of Pennsylvania – Philadelphia
Robert N.C. Nix, Sr. Federal Building
900 Market Street
Philadelphia, PA 19107

RE: SHEILA MUHAMMAD
SSN: XXX-XX-3430
BANKRUPTCY CASE#: 23-10334 mdc

Dear Clerk:

Please withdraw claim #7 filed by Educational Credit Management Corporation (ECMC) in the amount of $27,273.17 filed March 28, 2023. This debt has been approved for disability write off.

Thank you for your cooperation in this matter. If you have any further questions, you may contact me at (888)363-4562.

Sincerely,

ECMC Senior Operations Specialist
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408