# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Sheila Muhammad, | : | Chapter 13 |
| | : | |
| | : | Case No.   23-10334 (PMM) |
| | : | |
| Debtor. | : | |

## O R D E R

**AND NOW**, upon consideration of the Certification of Default (doc. # 86, the "Certification") filed by U.S. Bank Trust National Association ("U.S. Bank") and the Debtor's Objection thereto (doc. #87, the "Objection");

**AND,** the Certification seeking relief from the automatic stay due to an alleged default of a stipulation between the parties;

**AND,** a hearing with regard to the Certification and Objection having been held and concluded on May 9, 2024;

**AND,** for the reasons stated at the hearing,

It is hereby **ORDERED** that:

1) The Objection is **sustained**; and

2) The request for relief from the automatic stay by U.S. Bank is **denied**.

Date:  5/9/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**