# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Sheila Muhammad,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Case No. 23-10334 (PMM) |
| | : | |

## ORDER SETTING PROCEDURES FOR HEARING

**AND NOW**, a hearing with regard to the Debtor's Motion to Determine Value of her Real Property (doc. # 59, the "Motion") and the Response of Creditor U.S. Bank Trust National Association, as Trustee of LSF9 Master Participation Trust, thereto (doc. # 63) having taken place on May 9, 2024;

AND for the reasons stated on the record at the hearing, it is hereby **ordered** that:

1) A continued hearing on the Motion will take place on **Thursday, August 8, 2024 at 1:00 p.m.** in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, Courtroom 1, 900 Market Street, Philadelphia, Pennsylvania, 19107;

2) The following procedures will govern the hearing on August 8, 2024:

   a. On or before August 1, 2024, any party intending to call a witness to testify shall file and serve[1] a Witness List setting forth the following:

      i. the name and title of the witness; and

      ii. a summary of subject matter of the anticipated testimony;

---

[1] It is contemplated and preferred that all service required by this Order will be accomplished by e-mail. However, other means of service are acceptable so long as the document to be served is received within one (1) business day of service.

    b. On or before August 7, 2024, any party intending to offer into evidence exhibits shall:

        i. pre-mark each exhibit;

        ii. convert *each* exhibit to a *separate* pdf;

        iii. serve each party with each pre-marked exhibit on the exhibit list;[2]

        iv. deliver the exhibit list and each exhibit to the court by e-mailing them to the Courtroom Deputy at PMM_CRD@paeb.uscourts.gov

**Date: 05/09/24**

*/s/ Patricia M. Mayer/*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

[2] If an exhibit is on the docket, counsel may reference the applicable CM/ECF docket number rather than serving the exhibit itself on opposing counsel. However, an exhibit used in connection with the testimony of a witness must be supplied to the witness at the time of testimony.