United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-10334-pmm
Sheila Muhammad  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: May 09, 2024      Form ID: pdf900      Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila Muhammad, 7109 Phoebe Place, Philadelphia, PA 19153-3009 |
| 14754151 | + | American Heritage FCU, 3110 Grant Avenue, Philadelphia, PA 19114-2542 |
| 14754153 | + | BHCU, 501 Industrial Highway, Ridley Park, PA 19078-1139 |
| 14754161 | | Eagle Federal Credit Union, PO Box 13160, Philadelphia, PA 19101 |
| 14769229 | | Educational Credit Management Corporation, Lockbox 8682 PO Box 16478, St. Paul, MN, 55116-0478 |
| 14754177 | | TBOM/Total Card, PO Box 85700, Sioux Falls, SD 57118 |
| 14786490 | + | U.S. Bank Trust National Association, not in its i, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14754178 | | US Bank Trust National Association, Fay Servicing-Bankruptcy Department, 814609, Dallas, TX 75381-4609 |
| 14754184 | | Well Fargo Card Service, Credit Bureau Dispute Resolutions, Des Moines, IA 50306 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 09 2024 23:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 09 2024 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | May 09 2024 23:37:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: gocadle@cadleco.com | May 09 2024 23:38:00 | Cadles of West Virginia LLC, 100 North Center Street, Newton Falls, OH 44444, UNITED STATES 44444-1321 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | May 09 2024 23:37:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14754152 | | Email/Text: bnc@atlasacq.com | May 09 2024 23:37:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 14754150 | + | Email/Text: bankruptcy@acimacredit.com | May 09 2024 23:38:00 | Acima Cedit FKA Simple, 9815 S. Monroe Street, Floor #4, Sandy, UT 84070-4384 |
| 14754158 | | Email/Text: megan.harper@phila.gov | May 09 2024 23:38:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 14754159 | | Email/Text: megan.harper@phila.gov | May 09 2024 23:38:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14754160 | | Email/Text: megan.harper@phila.gov | May 09 2024 23:38:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14754183 | | Email/Text: megan.harper@phila.gov | May 09 2024 23:38:00 | 15th Floor, Philadelphia, PA 19102-1595 |
| | | | | Water Revenue Bureau, c/o City of Philadelphia Law Depart, Tax & Revenue Unit, Bankruptcy Group, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14779365 | | Email/Text: megan.harper@phila.gov | May 09 2024 23:38:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14754154 | + | Email/Text: gocadle@cadleco.com | May 09 2024 23:38:00 | Cadles of West Virginia LLC, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14766931 | + | Email/Text: gocadle@cadleco.com | May 09 2024 23:38:00 | Cadles of West Virginia LLC, Attention: OA350570, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14754155 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 09 2024 23:38:18 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14754156 | + | Email/Text: megan.harper@phila.gov | May 09 2024 23:38:00 | City & School District of Philadelphia, Law Department-Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14754157 | | Email/Text: megan.harper@phila.gov | May 09 2024 23:38:00 | City & School District of Philadelphia, Law Department-Tax Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14754162 | | Email/Text: ECMCBKNotices@ecmc.org | May 09 2024 23:37:00 | Educational Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 14768694 | | Email/Text: ECMCBKNotices@ecmc.org | May 09 2024 23:37:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN, 55116-0408 |
| 14754163 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 09 2024 23:38:26 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14754164 | + | Email/Text: rachael@forgecu.org | May 09 2024 23:38:00 | Forge Cu FKA Pstc FCU, 1402 Bywood Avenue, Upper Darby, PA 19082-3720 |
| 14754165 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 09 2024 23:37:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 14772736 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 09 2024 23:37:00 | Jefferson Capital Systems, LLC Assignee, PO Box 772813, Chicago IL 60677-2813 |
| 14754166 | | Email/Text: ECMBKMail@Caliberhomeloans.com | May 09 2024 23:38:00 | LSF9 Master Participation Trust, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14754167 | | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2024 23:38:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14755772 | | Email/Text: BankruptcyECFMail@mccalla.com | May 09 2024 23:37:00 | U.S. Bank Trust National Association, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14756003 | | Email/Text: BankruptcyECFMail@mccalla.com | May 09 2024 23:37:00 | U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14757337 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 09 2024 23:38:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14754168 | | Email/Text: ext_ebn_inbox@navyfederal.org | May 09 2024 23:38:00 | Navy Federal Credit Union, PO Box 3300, Merrifield, VA 22119-3300 |
| 14771753 | + | Email/Text: bankruptcygroup@peco-energy.com | May 09 2024 23:37:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14754170 | + | Email/Text: bankruptcygroup@peco-energy.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 09 2024 23:37:00 | PECO Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14754172 | ^ | MEBN | May 09 2024 23:36:06 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14754171 | ^ | MEBN | May 09 2024 23:36:09 | PGW, Credit and Collections Department, 800 West Montgomery Avenue, 3rd Floor, attn: Liens and Judgments Section, Philadelphia, PA 19122-2806 |
| 14754169 | + | Email/Text: bankruptcygroup@peco-energy.com | May 09 2024 23:37:00 | Peco, Bankruptcy Group, 100 Constitution Avenue, 2nd floor, Upper Darby, PA 19082-2230 |
| 14754174 | + | Email/Text: bankruptcy@philapark.org | May 09 2024 23:38:00 | Philadelphia Parking Authority, 3101 Market Street-2nd Floor, Philadelphia, PA 19104-2806 |
| 14754173 | + | Email/Text: bankruptcy@philapark.org | May 09 2024 23:38:00 | Philadelphia Parking Authority, 701 Market Street, Suite 5400, Philadelphia, PA 19106-2895 |
| 14754175 | + | Email/Text: csidl@sbcglobal.net | May 09 2024 23:38:00 | Premier Bankcard, PO Box 2208, Vacaville, CA 95696-8208 |
| 14772441 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 09 2024 23:37:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14758006 | | Email/Text: bnc-quantum@quantum3group.com | May 09 2024 23:37:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14757621 | | Email/Text: bnc-quantum@quantum3group.com | May 09 2024 23:37:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14754176 | + | Email/Text: DeftBkr@santander.us | May 09 2024 23:37:00 | Santander Bank, PO box 841002, Boston, MA 02284-1002 |
| 14786204 | ^ | MEBN | May 09 2024 23:36:04 | U.S. Bank Trust National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14773738 | ^ | MEBN | May 09 2024 23:36:01 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14766270 | | Email/Text: edbknotices@ecmc.org | May 09 2024 23:37:00 | US Department of Education, PO Box 790336, St.Louis MO 63179-0336 |
| 14766063 | | Email/Text: EDBKNotices@ecmc.org | May 09 2024 23:37:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 14754179 | | Email/Text: EDBKNotices@ecmc.org | May 09 2024 23:37:00 | US Department of Education, Direct Loan Servicing Center, PO Box 5609, Greenville, TX 75403-5609 |
| 14754180 | | Email/Text: bankruptcy@uscbcorporation.com | May 09 2024 23:37:00 | USCB Corporation, PO BOX 75, Archbald, PA 18403-0075 |
| 14754181 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 09 2024 23:37:00 | Verizon Pennsylvania, 500 Technology Drive, Suite 300, Saint Charles, MO 63304-2225 |
| 14754182 | | Email/Text: megan.harper@phila.gov | May 09 2024 23:38:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, |

LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL D. SAYLES | on behalf of Debtor Sheila Muhammad midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Sheila Muhammad,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Case No. 23-10334 (PMM) |
| | : | |

## ORDER SETTING PROCEDURES FOR HEARING

**AND NOW**, a hearing with regard to the Debtor's Motion to Determine Value of her Real Property (doc. # 59, the "Motion") and the Response of Creditor U.S. Bank Trust National Association, as Trustee of LSF9 Master Participation Trust, thereto (doc. # 63) having taken place on May 9, 2024;

AND for the reasons stated on the record at the hearing, it is hereby **ordered** that:

1) A continued hearing on the Motion will take place on **Thursday, August 8, 2024 at 1:00 p.m.** in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, Courtroom 1, 900 Market Street, Philadelphia, Pennsylvania, 19107;

2) The following procedures will govern the hearing on August 8, 2024:

   a. On or before August 1, 2024, any party intending to call a witness to testify shall file and serve[1] a Witness List setting forth the following:

      i. the name and title of the witness; and

      ii. a summary of subject matter of the anticipated testimony;

---

[1] It is contemplated and preferred that all service required by this Order will be accomplished by e-mail. However, other means of service are acceptable so long as the document to be served is received within one (1) business day of service.

    b. On or before August 7, 2024, any party intending to offer into evidence exhibits shall:

        i. pre-mark each exhibit;

        ii. convert *each* exhibit to a *separate* pdf;

        iii. serve each party with each pre-marked exhibit on the exhibit list;[2]

        iv. deliver the exhibit list and each exhibit to the court by e-mailing them to the Courtroom Deputy at PMM_CRD@paeb.uscourts.gov

**Date:** 05/09/24

*/s/ Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

[2] If an exhibit is on the docket, counsel may reference the applicable CM/ECF docket number rather than serving the exhibit itself on opposing counsel. However, an exhibit used in connection with the testimony of a witness must be supplied to the witness at the time of testimony.