United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-10334-pmm
Sheila Muhammad  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Oct 28, 2024      Form ID: pdf900      Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila Muhammad, 7109 Phoebe Place, Philadelphia, PA 19153-3009 |
| 14754151 | + | American Heritage FCU, 3110 Grant Avenue, Philadelphia, PA 19114-2542 |
| 14754153 | + | BHCU, 501 Industrial Highway, Ridley Park, PA 19078-1139 |
| 14754161 | | Eagle Federal Credit Union, PO Box 13160, Philadelphia, PA 19101 |
| 14769229 | | Educational Credit Management Corporation, Lockbox 8682 PO Box 16478, St. Paul, MN, 55116-0478 |
| 14754177 | | TBOM/Total Card, PO Box 85700, Sioux Falls, SD 57118 |
| 14786490 | + | U.S. Bank Trust National Association, not in its i, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14754178 | | US Bank Trust National Association, Fay Servicing-Bankruptcy Department, 814609, Dallas, TX 75381-4609 |
| 14754184 | | Well Fargo Card Service, Credit Bureau Dispute Resolutions, Des Moines, IA 50306 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2024 00:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2024 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Oct 29 2024 00:05:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: gocadle@cadleco.com | Oct 29 2024 00:06:00 | Cadles of West Virginia LLC, 100 North Center Street, Newton Falls, OH 44444, UNITED STATES 44444-1321 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Oct 29 2024 00:05:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2024 00:13:38 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| 14754152 | | Email/Text: bnc@atlasacq.com | Oct 29 2024 00:05:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 14754150 | + | Email/Text: bankruptcy@acimacredit.com | Oct 29 2024 00:06:00 | Acima Cedit FKA Simple, 9815 S. Monroe Street, Floor #4, Sandy, UT 84070-4384 |
| 14754158 | | Email/Text: megan.harper@phila.gov | Oct 29 2024 00:06:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 14754159 | | Email/Text: megan.harper@phila.gov | Oct 29 2024 00:06:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA |

Case 23-10334-pmm    Doc 117    Filed 10/30/24    Entered 10/31/24 00:37:30    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 28, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 14754160 | | Email/Text: megan.harper@phila.gov | Oct 29 2024 00:06:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14754183 | | Email/Text: megan.harper@phila.gov | Oct 29 2024 00:06:00 | Water Revenue Bureau, c/o City of Philadelphia Law Depart, Tax & Revenue Unit, Bankruptcy Group, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14779365 | | Email/Text: megan.harper@phila.gov | Oct 29 2024 00:06:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14754154 | + | Email/Text: gocadle@cadleco.com | Oct 29 2024 00:06:00 | Cadles of West Virginia LLC, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14766931 | + | Email/Text: gocadle@cadleco.com | Oct 29 2024 00:06:00 | Cadles of West Virginia LLC, Attention: OA350570, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14754155 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2024 00:14:46 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14754156 | + | Email/Text: megan.harper@phila.gov | Oct 29 2024 00:06:00 | City & School District of Philadelphia, Law Department-Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14754157 | | Email/Text: megan.harper@phila.gov | Oct 29 2024 00:06:00 | City & School District of Philadelphia, Law Department-Tax Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14754162 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 29 2024 00:05:00 | Educational Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 14768694 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 29 2024 00:05:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN, 55116-0408 |
| 14754163 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 29 2024 00:15:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14754164 | + | Email/Text: rachael@forgecu.org | Oct 29 2024 00:06:00 | Forge Cu FKA Pstc FCU, 1402 Bywood Avenue, Upper Darby, PA 19082-3720 |
| 14754165 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2024 00:06:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 14772736 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2024 00:06:00 | Jefferson Capital Systems, LLC Assignee, PO Box 772813, Chicago IL 60677-2813 |
| 14754166 | | Email/Text: ECMBKMail@Caliberhomeloans.com | Oct 29 2024 00:06:00 | LSF9 Master Participation Trust, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14754167 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2024 00:14:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14755772 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 29 2024 00:05:00 | U.S. Bank Trust National Association, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14756003 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 29 2024 00:05:00 | U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14757337 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 29 2024 00:06:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14754168 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 29 2024 00:06:00 | Navy Federal Credit Union, PO Box 3300, Merrifield, VA 22119-3300 |

| Recipient ID | Flag | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14771753 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 29 2024 00:05:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14754170 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 29 2024 00:05:00 | PECO Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14754172 | ^ | MEBN | Oct 28 2024 23:49:48 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14754171 | ^ | MEBN | Oct 28 2024 23:49:48 | PGW, Credit and Collections Department, 800 West Montgomery Avenue, 3rd Floor, attn: Liens and Judgments Section, Philadelphia, PA 19122-2806 |
| 14754169 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 29 2024 00:05:00 | Peco, Bankruptcy Group, 100 Constitution Avenue, 2nd floor, Upper Darby, PA 19082-2230 |
| 14754174 | + | Email/Text: bankruptcy@philapark.org | Oct 29 2024 00:06:00 | Philadelphia Parking Authority, 3101 Market Street-2nd Floor, Philadelphia, PA 19104-2806 |
| 14754173 | + | Email/Text: bankruptcy@philapark.org | Oct 29 2024 00:06:00 | Philadelphia Parking Authority, 701 Market Street, Suite 5400, Philadelphia, PA 19106-2895 |
| 14754175 | + | Email/Text: csidl@sbcglobal.net | Oct 29 2024 00:06:00 | Premier Bankcard, PO Box 2208, Vacaville, CA 95696-8208 |
| 14772441 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2024 00:06:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14758006 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2024 00:05:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14757621 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2024 00:05:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14754176 | + | Email/Text: DeftBkr@santander.us | Oct 29 2024 00:05:00 | Santander Bank, PO box 841002, Boston, MA 02284-1002 |
| 14786204 | ^ | MEBN | Oct 28 2024 23:49:46 | U.S. Bank Trust National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14773738 | ^ | MEBN | Oct 28 2024 23:49:42 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14766270 | | Email/Text: edbknotices@ecmc.org | Oct 29 2024 00:05:00 | US Department of Education, PO Box 790336, St.Louis MO 63179-0336 |
| 14766063 | | Email/Text: EDBKNotices@ecmc.org | Oct 29 2024 00:05:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 14754179 | | Email/Text: EDBKNotices@ecmc.org | Oct 29 2024 00:05:00 | US Department of Education, Direct Loan Servicing Center, PO Box 5609, Greenville, TX 75403-5609 |
| 14754180 | | Email/Text: bankruptcy@uscbcorporation.com | Oct 29 2024 00:05:00 | USCB Corporation, PO BOX 75, Archbald, PA 18403-0075 |
| 14754181 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 29 2024 00:05:00 | Verizon Pennsylvania, 500 Technology Drive, Suite 300, Saint Charles, MO 63304-2225 |
| 14754182 | | Email/Text: megan.harper@phila.gov | Oct 29 2024 00:06:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 28, 2024 | Form ID: pdf900 | Total Noticed: 59 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2024             Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL D. SAYLES | on behalf of Debtor Sheila Muhammad midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Sheila Muhammad  : Chapter 13
        :
Debtor  : Bky. No. 23-10334\pmm

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **October 28, 2024**

_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**