UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Sheila Muhammad**           :        CHAPTER  13
                                      :
                                      :
         DEBTOR                       :        Bankruptcy No.: **23-10334\pmm**

PRAECIPE OF DEBTOR TO WITHDRAW
MOTION TO RECONSIDER ORDER TO DISMISS

To the Clerk, United States Bankruptcy Court:

Kindly withdraw **DEBTOR'S MOTION TO RECONSIDER ORDER TO DISMISS CHAPTER 13 BANKRUPTCY CASE**, for the record.

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: December 2, 2024